[No. 55795-5-I. Division One. May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL WILLIAM HOWE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00764-6, Ronald L. Castleberry, J., entered June 13, 2003. *Reversed* by unpublished per curiam opinion.

[No. 30689-1-II. Division Two. May 24, 2005.]

*In the Matter of the Custody of* D.C.S.

NEAL KONRAD ET AL., *Appellants*, v. NAOMI MARIE LIVINGSTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-3-00047-0, Frederick W. Fleming and Katherine M. Stolz, JJ., entered August 1, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[Nos. 31007-4-II; 31282-4-II. Division Two. May 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CRYSTAL LONGWITH, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON J. DILLEY, *Appellant*.

Appeals from judgments of the Superior Court for Pacific County, Nos. 03-8-00061-6 and 03-8-00059-4, Joel M. Penoyar, J., entered October 2, 2003. *Reversed*, by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.